



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN CAREY,

    Plaintiff,

v.

CAPITAL LINK MANAGEMENT, LLC,

    Defendant.

Case No. 6:22-cv-00277-MC

**DEFAULT JUDGMENT**

**MCSHANE, Judge**:

Default Judgment is entered against Defendant in the amount of:

    a. $1,200 in statutory damages;

    b. $5,000 in punitive damages;

    c. $7,960 in attorney fees;

    d. $447 in court costs; and

    e. Post-judgment interest at a rate of 5.35 percent.

IT IS SO ORDERED.

DATED this 9th day of August, 2023.

                                                                        /s/ Michael J. McShane
                                                                        Michael McShane
                                                              United States District Judge

Certified to be a true and correct copy of original filed in this District.
Dated_____
Melissa Aubin, Clerk of Court
US District Court of Oregon
By Deputy Clerk  9/26/23
Pages  1  Through  1

1 – DEFAULT JUDGMENT

# THE WOOD FIRM PLLC

11610 PLEASANT RIDGE ROAD • SUITE 103 - PMB 208 • LITTLE ROCK, ARKANSAS • 72223
(T) 214-914-8374 • (F) 888-598-9022

October 5, 2023

Clerk, United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202-3498

RE: registration of foreign judgments:
  Coleman v. Capital Link Management, LLC, et al.   1:23-MC-37
  USDC – Middle Tennessee, case no. 3:21-cv-00271

  Griffin v. O'Brien, Wexler, and Associates, LLC, et al.   1:23-MC-38
  USDC – Eastern Texas, case no. 4:22-cv-00970

  Carey v. Capital Link Management, LLC   1:23-MC-39
  USDC – Oregon, case no. 6:22-cv-00277

To Whom It May Concern:

Enclosed you will find three judgments for registration in your court (one is an order granting attorneys fees but I have been told by a clerk in your court that this can be registered as a judgment). You'll also find duplicate copies of each of these documents for returning to me after filing in the enclosed self-addressed stamped envelope.

Finally, you'll also find a check in the amount of $147, representing the miscellaneous case filing fee for each of these.

If you have any questions about any of these, please feel free to give me a call at the number in the letterhead above.

Sincerely yours,

Jeffrey D. Wood

---

Mr. Wood is admitted to practice in the U.S. District Courts for the Eastern, Northern, Southern & Western Districts of Texas,
the U.S. District Courts for the Eastern & Western Districts of Arkansas, the U.S. District Court of Colorado,
the Southern District of Indiana, the District of New Mexico, the Western District of New York,
the Eastern District of Michigan, the Western District of Tennessee,
and the U.S. District Court for the Western District of Wisconsin.
He is licensed in the state of Arkansas. He is not licensed in any other state.
The Wood Firm has Of Counsel relationships with attorneys licensed in and who represent clients in:
Arizona, California, Florida, Louisiana, Missouri, Ohio, Pennsylvania, South Carolina,
Tennessee, West Virginia and the state courts of Texas.